# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-cv-58-GCM

| | | |
|---|---|---|
| ABIGAIL WILSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GASTON COUNTY, NC, *et al*, | ) | |
|     Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. The trial in this matter is RE-SET for **July 13, 2015** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: February 23, 2015

Graham C. Mullen
United States District Judge