IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-58-GCM

| | | |
|---|---|---|
| ABIGAIL WILSON, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GASTON COUNTY, *et al*, | ) | |
|     Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

Due to the pending motion for summary judgment in this case, the trial in this matter is RE-SET for **November 2, 2015** in Courtroom #2-2.

IT IS SO ORDERED.

Signed: June 1, 2015

Graham C. Mullen
United States District Judge